FILED BY _____ D.C.

AUG 17 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-CV-22582-BB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __CHRISTOPHER J. CHRISTIE__

was received by me on *(date)* __08/03/2023__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Attempt to serve:
08/08/23 at 1:05 PM - Upon arrival, there were landscapers on the property and they said someone was home but no one answered the door.
08/09/23 at 5:10 PM - No answer.
08/14/23 at 2:00 PM - No answer, documents affixed to the door.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 08/15/2023

_Anabela Pinto_
Server's signature

Anabela Pinto, Process Server
Printed name and title

PO Box 25066
Newark, NJ 07102
800-637-1805
Server's address

Additional information regarding attempted service, etc:
Service on: Christopher J. Christie
46 Corey Ln. Mendham, NJ 07945

Attempt to serve:
08/08/23 at 1:05 PM - Upon arrival, there were landscapers on the property and they said someone was home but no one answered the door.
08/09/23 at 5:10 PM - No answer.
08/14/23 at 2:00 PM - No answer, documents affixed to the door.

From: **Richard Kaul** drrichardkaul@gmail.com
Subject: **Kaul v Christie: 23-CV-22582 - K11-15**
Date: **Aug 16, 2023 at 6:27:13 PM**
To: **Sacha Castillo** mms2593@gmail.com

Sasha,

Please file the attached documents in the Court early <u>tomorrow morning</u>.

Thank you in advance.

Regards,

Richard Arjun Kaul, MD

www.drrichardkaul.com



Personal and Confidential
PERSONAL AND CONFIDENTIAL
NEWARK NJ 07102-



Aug 15 2023
ZIP 07102
$3.99 US POSTAGE
12 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 1
FIRST-CLASS
11923275
062S0014949866

CHRISTOPHER J. CHRISTIE
46 COREY LN
MENDHAM NJ 07945-3309