AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-CV-22582-BB

FILED BY _AP_ D.C.

AUG 24 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   08/13/2023, No answer at residence.   ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 08/24/2023

_____[signature]_____
Server's signature

Supreme Allah
Printed name and title

P.O. Box 90485, Allentown, PA 18109
Server's address

Additional information regarding attempted service, etc:

1) Unsuccessful Attempt: Aug. 10, 2023, 7:40 pm EDT at HOME: 46 COREY LANE, MENDHAM, NJ 07945
According to John Doe (Refuse To Give Name), and refuse to open the fron door. Defendant is unknown at this address. I informed John Doe, I personally served defendant here before at this address. John Doe continue to state, defendant is not known at this address.

2) Unsuccessful Attempt: Aug. 12, 2023, 2:30pm EDT at HOME 46 COREY LANE, MENDHAM, NJ 07945
No answer at residence, left note on front door.



**UNITED STATES POSTAL SERVICE.**

```
CPU REDNERS MARKETS #80
     2323 LEHIGH ST
ALLENTOWN, PA 18103-4714
    (800)275-8777
08/15/2023                        09:28 AM
------------------------------------------
Product          Qty    Unit       Price
                        Price
------------------------------------------
First-Class Mail  1                $3.75
Large Envelope
    Mendham, NJ 07945
    Weight: 0 lb 10.30 oz
    Estimated Delivery Date
        Thu 08/17/2023
    Certified Mail                 $4.35
    Tracking #:
        70203160000019702457
    Return Receipt                 $3.55
    Tracking #:
        9590 9402 6786 1074 2404 87
Total                             $11.65

------------------------------------------
Grand Total:                      $11.65
------------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
          1-800-222-1811.

        Preview your Mail
        Track your Packages
        Sign up for FREE
    https://informeddelivery.usps.com

  All sales final on stamps and postage.
        Thank you for your business.

------------------------------------------
UFN: 410128-5559
Receipt #: 840-21700706-1-5042879-2
Clerk: 00
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

**OFFICIAL USE**

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To Christopher J. Christie
Street and Apt. No., or PO Box No. 46 Corey Lane
City, State, ZIP+4® Mendham NJ 07945

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 3160 0000 1970 2457